AO 106 (Rev. 04/10) Application for a Search Warrant

# UNITED STATES DISTRICT COURT
### for the
### Eastern District of Missouri

| | |
|---|---|
| In the Matter of the Search of | ) |
| INFORMATION ASSOCIATED WITH Good-Heaven.com, THAT IS STORED AT WordPress.org, THAT IS CONTROLLED BY Automattic, Inc., parent company of WordPress.org. | ) ) ) ) ) ) |

Case No. 4:25-MJ-6033 PLC

SIGNED AND SUBMITTED TO THE COURT FOR FILING BY RELIABLE ELECTRONIC MEANS

## APPLICATION FOR A SEARCH WARRANT

I, _____ Jerry A. Cochran _____, a federal law enforcement officer or an attorney for the government, request a search warrant and state under penalty of perjury that I have reason to believe that on the following person or property *(identify the person or describe the property to be searched and give its location)*:

### SEE ATTACHMENT A

located in the ___ NORTHERN ___ District of ___ CALIFORNIA ___, there is now concealed *(identify the person or describe the property to be seized)*:

### SEE ATTACHMENT B

The basis for the search under Fed. R. Crim. P. 41(c) is *(check one or more)*:

- ☑ evidence of a crime;
- ☑ contraband, fruits of crime, or other items illegally possessed;
- ☑ property designed for use, intended for use, or used in committing a crime;
- ☐ a person to be arrested or a person who is unlawfully restrained.

The search is related to a violation of:

### Code Section - *Offense Description*

18 U.S.C. § 2421A Promoting Prostitution; 18 U.S.C. § 1591(a)(1) Sex Trafficking; 18 U.S.C. § 1593A Benefiting Financially from Sex Trafficking: 18 U.S.C. § 2422a Inducing a Person to Travel; 18 U.S.C. § 2423(b) Travel for Illicit Sexual Context; 18 U.S.C. § 1328 Importing an Illegal alien For Prostitution

The application is based on these facts:

### SEE ATTACHED AFFIDAVIT WHICH IS INCORPORATED HEREIN BY REFERENCE

- ☑ Continued on the attached sheet.
- ☐ Delayed notice of _____ days (give exact ending date if more than 30 days: _____ ) is requested under 18 U.S.C. § 3103a, the basis of which is set forth on the attached sheet.

I state under the penalty of perjury that the foregoing is true and correct.

*Applicant's signature*

Jerry A. Cochran, TFO
*Printed name and title*

Sworn to, attested to, or affirmed before me via reliable electronic means pursuant to Federal Rules of Criminal Procedures 4.1 and 41.

Date: _____ 03/11/2025 _____

*Judge's signature*

City and state:  St. Louis, MO

Honorable Patricia L. Cohen, U.S. Magistrate Judge
*Printed name and title*

AUSA: Dianna R. Collins

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MISSOURI

| | |
|---|---|
| IN THE MATTER OF THE SEARCH OF INFORMATION ASSOCIATED WITH, Good-Heaven.com, THAT IS STORED AT WordPress.org, THAT IS CONTROLLED BY Automattic, Inc., parent company of WordPress.org. | No. 4:25-MJ-6033 PLC<br><br>SIGNED AND SUBMITTED TO THE COURT FOR FILING BY RELIABLE ELECTRONIC MEANS<br><br>**FILED UNDER SEAL** |

**AFFIDAVIT IN SUPPORT OF**
**AN APPLICATION FOR A SEARCH WARRANT**

I, Jerry A. Cochran, being first duly sworn, hereby depose and state as follows:

**INTRODUCTION AND AGENT BACKGROUND**

1.      I make this affidavit in support of an application for a search warrant under 18 U.S.C. § 2703(a), 2703(b)(1)(A), and U.S.C. 18 § 2703(c)(1)(A), to require WordPress.org to disclose to the government information, including the content of communications, associated with Good-Heaven.com hereinafter the TARGET ACCOUNT, that is stored at premises controlled by WordPress' parent company, Automattic, located at 60 29th Street #343, San Francisco, CA 94110. WordPress.org operates a free, open-source content management system (CMS) that allows users to create websites and blogs.

2.      The information to be disclosed by WordPress.org and searched by the government is further described in the following paragraphs and in Attachments A and B. Upon receipt of the information described in Section I of Attachment B, government-authorized persons will review that information to locate the items described in Section II of Attachment B.

1

3.      I am a Task Force Officer (TFO) with the Federal Bureau of Investigation (FBI) and I am currently assigned to the St. Louis Division's Child Exploitation and Human Trafficking Task Force. I have been employed as a Police Officer for approximately twenty-seven years. I am currently employed by the St. Charles County Police Department. In this capacity, I have been involved in investigating violations of various statutes relating to Child Exploitation, Sex Trafficking and Labor Trafficking, among others. I have gained knowledge and experience through training at the Jefferson College Law Enforcement Academy, in-service training, and everyday work in conducting these types of investigations. I have received training relative to sex trafficking, labor trafficking and child exploitation and have been involved in numerous investigations involving sex trafficking (as defined in 18 U.S.C. § 1591(a)(1)) using multiple forms of media, including computer media. I also have participated in the execution of multiple state and federal search warrants relative to sex trafficking offenses.

4.      I am an "investigative or law enforcement officer" of the United States within the meaning of 18 U.S.C. § 2510(7) and am empowered by 18 U.S.C § 3052 to conduct investigations of, and to make arrests for, violations of federal criminal statutes.

5.      The facts set forth in this affidavit are true to the best of my knowledge upon information and belief. They come from my personal observations, my training and experience, digital evidence collected during the course of this investigation or related investigations and the interviews of two victims. This affidavit is intended to show merely that there is sufficient probable cause for the requested warrant and does not set forth all of my knowledge relative to this matter.

6.      Based on my knowledge, training, experience, and the facts as set forth in this affidavit, I submit there exists probable cause to believe that Chris Kihyuk Hong is the web creator of the TARGET ACCOUNT and has committed violations of the following federal statutes:

     a.      **18 U.S.C. § 2421A Promoting Prostitution**

     b.      **18 U.S.C. § 1591(a)(1) Sex Trafficking**

     c.      **18 U.S.C. § 1593A Benefitting Financially from Sex Trafficking**

     d.      **18 U.S.C. § 2422a Inducing a Person to Travel**

     e.      **18 U.S.C. § 2423(b) Travel for Illicit Sexual Context**

     f.      **18 U.S.C. § 1328 Importing an Illegal alien For Prostitution**

7.      My investigation, more fully described below, focuses on attempted production of child pornography via a mobile messaging application and/or the internet by the user/s of the TARGET ACCOUNT. Based on my training and experience and open sources, I know the following:

a.      WordPress.org is located within its parent company, Automattic, headquartered at 60 29th Street #343, San Francisco, CA 94110.

b.      WordPress.org is a content management system (CMS) that allow users to build and manage entire websites, not just individual webpages, by providing a platform to create various pages with content, design elements, and functionality all within on interface.

c.      WordPress.org is the platform Good-Heaven.com was created using open-source WordPress software. This software is downloaded and installed on a user's own web hosting service, giving them full control over their website design and functionality.

3

**PROBABLE CAUSE**

8.      On 11/11/2024, at approximately 1526 hours, your affiant while working in an undercover capacity came across a conversation on USASexGuide.nl. User "Headmasterstl" posted "Anyone seen either Jenna or Momo, the two current K girls at Wonderful Days? If so, intel?" with the following attached link (https://www.wonderfuldays.org/momo).

9.      Your affiant clicked on the link, https://www.wonderfuldays.org/momo, and was taken to the Wonderful Days website. The Wonderful Days website advertises itself to be an upscale service providing booking for independent professional models only at a discrete luxury location in St. Louis and Kansas City Missouri. The website provided phone number 557 500-3813 and advised to "text only" to this number. The advertisement had photos of two young nude Asian females.

10.     Your affiant also discovered Wonderfulday.org was also advertising in Kansas City, Missouri as well and provided phone number 314 617-4967 as the contact number.

11.     On 11/21/2024, at approximately 1712 hours, your affiant while working in an undercover capacity texted 557 500-3813 using an undercover phone line requesting a date with "Momo." Your affiant arranged to have a one-hour "date" with "Momo" for $360.00 USD at 1330 hours on 11/22/2024. Your affiant was advised to confirm the date in the morning and advised the address would be provided two hours before the scheduled time of the date.

12.      During the scheduling process your affiant was required to send a "selfie style" photograph while holding a valid Missouri Driver's License for verification purposes.   Your affiant was also required to answer the following questions: "Can we start with your name, age and ethnicity? Are you affiliated with any kind of law enforcement?"

4

13.     On 11/22/2024, at approximately 1127 hours, your affiant confirmed the date with "Momo" and received a text back stating: "New Location! 5750 Highlands Plaza Dr. Free parking in the front or on the street. Text when parked. Thanks."  On 11/22/2024 at approximately 1230 hours your affiant cancelled the date.

14.     On 12/10/2024, your affiant while using an undercover phone texted phone number 557 500-3813 and scheduled a date at 1600 hours with "Bunny." A reply was received which stated, "Good afternoon honey. Just confirming our date at 4pm today with Bunny! Please prepare 1hr 360 (insert picture of red rose and a stack of cash) single shot. Options available. Will send my address 2 hours before."  Your affiant knows that escort agency/escorts refer to the male ejaculation as shots.  A single shot means a one-time ejaculation.

15.     On 12/10/2024, at approximately 1314 hours, your affiant received a text message from phone number 557 500-3813 stating, "New location! 5750 Highlands Plaza Dr. Free parking in front or on the street. Text when parked. Thanks."

16.     On 12/10/2024 at approximately 1515 hours your affiant and other Detectives from the St. Louis County Police Department Special Investigations Unit and St. Louis Metropolitan Police Department gathered at the Turtle Playground Sculptures located at the intersection of Oakland Avenue and Tamm Avenue in St. Louis, MO and discussed the Operations Plan for the undercover operation.

17.     At approximately 1557 hours, your affiant texted 557 500-3813 stating, "I've arrived." At approximately 1558 hours your affiant received a text message from 557 500-3813 stating, "It's 5800 Cortona Apartment. Please check the building before heading in." Your affiant received an immediate follow on-text advising, "I'll let you know in few minutes to head inside to call box. Please stay in your car." Your affiant advised the other Detectives that the

5

apartment was in the Cortona at Forest Park building located at 5800 Highlands Plaza Drive. Two undercover Detectives entered that building and remained in lobby area.

18.    At approximately 1559 hours, your affiant received a text message from 577 500-3813 advising, "Enter through the middle of the building at the front entrance. During business hours, doors will be open. After hours, stop at the call box and text me. Walk straight and turn right past the pool table, and then the elevator is immediately right once in the hallway. Take it to the 4th floor. Text me when you at 4th floor."

19.    Upon your affiant's arrival to the fourth floor, your affiant texted 557 500-3813 advising, "I'm on the 4th floor" at approximately 1604 hours. Your affiant received a reply stating, "Go left out of the elevator and walk to the end of the hall and turn left. 460 will be on the right. Don't knock she will be waiting."

20.    Your affiant proceeded to apartment 460 and stood in front of the door as directed. Two other Detectives were in the hallway nearby. The door to apartment 460 opened. The person opening the door remained behind the door preventing your affiant from observing the person's identity. Your affiant then stepped into the apartment and then observed an Asian female standing behind the door, dressed in a camiknicker (teddy) and also wearing stockings and high heels.

21.    The Asian female attempted to close the door as she greeted your affiant. Your affiant held the door and the two Detectives standing in the hallway entered the apartment. Your affiant and the two other Detectives identified themselves as Police Officers and advised the Asian female to sit in the chair behind the door. A second Asian female was also located in a bedroom within the apartment. The second Asian female was ordered to exit the bedroom and to stand with your affiant near the front door of the apartment.

6

22.     Your affiant interviewed both females separately and identified one as Junga IM and the other as Jihye Kang.  Both females advised that they had flown into St. Louis on 12/09/2024 on separate flights and that each had utilized the Uber car service to drive them to the apartment. They stated that they work for an agency. Both females advised that an hour-long date cost $360 USD.  Further they advised that the female performing the sex act would keep $240 USD, while the remaining $120 USD from an hour-long date would be paid to "the Boss."

23.     Both females stated that they work from 0900-2200 hours daily. At the end of the night, they would then put "the Bosses" money in an envelope and then place that envelope under the door mat in the hallway outside the apartment. Both females advised that they had not met the boss in person.

24.     On 12/12/2024, your affiant obtained a Grand Jury Subpoena in the Circuit court of St. Louis County, State of Missouri requesting leasing information for 5800 Highlands Plaza Drive, Apt. 460, St. Louis, MO 63110.

25.     On 12/13/2024, your affiant received a subpoena return from Cortona at Forest Park Apartments which revealed Chris Kihyuk Hong DOB: xx/xx/1989 leased apartment 460 on 10/15/2024.  Chris Kihyuk Hong had submitted an online application to Cortona at Forest Park on 10/14/2024, utilizing IP address 75.7.114.214 at 07:41 PM CDT, and provided Visa credit card ending in ****2777 as the source for payment. Chris Kihyuk Hong also provided his current address as 3690 Peacock Court Santa Clara, CA 95051 and hkh998777@gmail.com as his email address.

26.     A record check on Chris Kihyuk Hong revealed that he has a valid California Driver's License (DL #Y8111467) which lists his home address as 3690 Peacock Court, Apt. 7,

7

Santa Clara, CA 95051. Chris Kihyuk Hong's driver's license was issued by the State of California on 03/24/2022.

27. On 12/16/2024, your affiant obtained a search warrant, 24SL-MC04183, in Division 5 Circuit Court of St. Louis County, State of Missouri to serve upon SquareSpace.com. This search warrant requested subscriber billing information for the domain Wonderfuldays.org. SquareSpace.com is a website building and hosting service that lets users create websites without coding.

28. On 12/20/2024, your affiant received the returned subpoena information from SquareSpace.com, which revealed Chris Kihyuk Hong, utilizing the DOB: 05/06/1989, paid for Wonderfuldays.org subscription on 06/22/2024 using a Visa credit card with the same number ending with ****2777. The mailing address used was 3690 Peacock Court Santa Clara, CA 95051, and email hkh998777@gmail.com. On 09/30/2024, at 21:25 PM Central, IP address 75.7.114.215 was used to log into Wonderfuldays.org.

29. On 01/09/2025, your affiant obtained a Grand Jury Subpoena in the Circuit Court of St. Louis County, State of Missouri requesting leasing information for 5050 Main Street, Apt. 718, Kansas City, MO 64112.

30. On 01/09/2025, your affiant received the returned subpoena information from 51 Main Street Apartments which revealed that Chris Kihyuk Hong, utilizing the DOB: xx/xx/1989, leased apartment 718 on 08/15/2024.

31. On 08/13/2024, Chris Kihyuk Hong submitted a leasing application agreement to 51 Main Street Apartments stating his current address was 3690 Peacock Court, Apt. 7, Santa Clara, CA 95051and his email at: hkh998777@gmail.com.

8

32.     Im and Kang gave consent to search their cellular telephones. A forensic analysis was conducted on both female's cellular telephones on 12/10/2024. On Im's cellular telephone, a photograph was discovered depicting a lease violation at 51 Main Street, Apt.718, Kansas City, MO 64112, which was addressed to Chris Kihyuk Hong at apartment 718, advising of an excessive noise complaint.

33.     Your affiant through open sources learned Im and Kang were in Indianapolis, Indiana working as prostitutes at an unknown location in January 2025.

34.     On 02/12/2025, your affiant located website Good-Heaven.com and found an advertisement for Junga Im (Ivy) and an unknown Asian female (Shelly) at an unknown location in Indianapolis, Indiana, and provided telephone number 312 721-3546 and advised to text only to schedule a date. At the bottom of the website your affiant noticed a link entitled "Powered by WordPress." Your affiant clicked on this link and was redirected to the WordPress website which states, "Meet WordPress. The open-source publishing platform for millions of websites worldwide-from creators and small businesses and enterprises."

35.     The two victims we identified were advertised on Wonderful Days. After our encounter they were advertised on Good-Heaven.  Wonderful Days has been taken down after I served a state search warrant for subscriber information to SquareSpace, which revealed Chris Hong paid to create the website Wonderful Days.

36.     Square Space is a website building website as is WordPress. WordPress is the website used to create the website Good-Heaven.

## INFORMATION TO BE SEARCHED AND THINGS TO BE SEIZED

37.     I anticipate executing this warrant under the Electronic Communications Privacy Act, particularly 18 U.S.C. §§ 2703(a), 2703(b)(1)(A) and 2703(c)(1)(A), by using the warrant

9

to require WordPress.org to disclose to the government copies of the records and other information (including the content of communications) particularly described in Section I of Attachment B. Upon receipt of the information described in Section I of Attachment B, government-authorized persons will review that information to locate the items described in Section II of Attachment B.

## CONCLUSION

38.    Based on the forgoing, I submit that there is probable cause to believe that there is evidence, fruits of a crime, and/or contraband now located within the information to be searched.

As such, I request that the Court issue the proposed search warrant.

39.    This Court has jurisdiction to issue the requested warrant because it is "a court of competent jurisdiction" as defined by 18 U.S.C. § 2711, 18 U.S.C. §§ 2703(a), (b)(l)(A) & (c)(l)(A). Specifically, the Court is "a district court of the United States that has jurisdiction over the offense[s] being investigated."

40.    Pursuant to 18 U.S.C. § 2703(g), the presence of a law enforcement officer is not required for the service or execution of this warrant.

## REQUEST FOR SEALING AND NON-DISCLOSURE ORDER

41.    I further request that the Court order that all papers in support of this application, including this affidavit, application, and search warrant, be sealed until further order of the Court. In addition, I request that the Court issue an order to WordPress.org requiring that WordPress.org not disclose the existence of the warrant to the user(s) or to any other person except for the purposes of complying with the requested search warrant. These documents discuss an ongoing criminal investigation that is neither public nor known to all the targets of

the investigation. Accordingly, there is good cause to seal these documents because their premature disclosure may seriously jeopardize that investigation.

I state under the penalty of perjury that the foregoing is true and correct.

JERRY COCHRAN
Task Force Officer
Federal Bureau of Investigation

Sworn to, attested to, and affirmed before me via reliable electronic means pursuant to Federal Rules of Criminal Procedure 4.1 and 41 on this __11th__ day of March 2025.

HONORABLE PATRICIA L. COHEN
United States Magistrate Judge

11

**SW 4:25-MJ-6033 PLC**

**ATTACHMENT A**

**Property to Be Searched**

This warrant applies to information associated with the Good-heaven.com website that is stored at premises owned, maintained, controlled, or operated by WordPress.org, at its parent company, Automattic, Inc., a company headquartered in San Francisco, California.

1

**SW 4:25-MJ-6033 PLC**

**ATTACHMENT B**

**Particular Things to be Seized**

## I.      Information to be disclosed by WordPress.org

To the extent that the information described in Attachment A is within the possession, custody,

or control of WordPress.org (WordPress.com), regardless of whether such information is located

within or outside of the United States, including any messages, records, files, logs, or information

that have been deleted but are still available to WordPress.org, or have been preserved pursuant

to a request made under 18 U.S.C. § 2703(f), WordPress.org is required to disclose the following

information to the government for Good-Heaven.com listed in Attachment A:

(a)     All contact and personal identifying information, including full names, user

identification numbers, birth dates, gender, contact e-mail addresses, physical

addresses (including city, state, and zip code), telephone numbers, screen names,

websites, and other personal identifiers for Good-Heaven.com.

(b)     All information pertaining to creation of Good-Heaven.com including: Date and

time of creation; IP address used to create the account; all subscriber information

provided at the time the account was created

(c)     All activity logs for the account and all other documents showing the user's posts

and other WordPress.org activities;

(d)     All photos and videos uploaded and all photos and videos uploaded by any user

that have that user tagged in them, including Exchangeable Image File ("EXIF")

data and any other metadata associated with those photos and videos;

2

(e)     All records or other information regarding the devices and internet browsers associated with, or used in connection with, that user ID, including the hardware model, operating system version, unique device identifiers, mobile network information, and user agent string;

(f)     All other records and contents of communications and messages made or received by the user associated with the account;

(g)     All IP logs, including all records of the IP addresses that logged into the account;

(h)     All location data related to the account;

(i)     All billing records and payment information associated with Good-heaven.com including, but not limited to method of payment, location of payment, dates of payment, and names and account numbers of any credit or debit accounts used as remittance;

(j)     The length of service (including start date) and the means and source of any payments associated with the service (including any credit card or bank account number);

(k)     All records pertaining to communications between WordPress.org and any person regarding the users or the users' Good-Heaven.com account, including contacts with support services and records of actions taken; and;

(l)     Any reports of violation of WordPress.org Terms of Service by the account;

(m)     For the period of July 1st, 2024, through the present.

WordPress.org is hereby ordered to disclose the above information to the government within 10 days of service of this warrant.

3

**II.**      **Information to be seized by the government**

All information described above in Section I that constitutes contraband, fruits, evidence, and instrumentalities of violations of 18 U.S.C. 2421A Promoting Prostitution and/or, 18 U.S.C. 1591(a) Sex Trafficking involving Good-Heaven.com including information pertaining to the following matters:

(a)      Production, receipt, distribution, possession, and/or access with information regarding travel with intent to engage in illicit sexual conduct; information regarding engaging in illicit sexual conduct; information establishing the use of a facility of interstate and/or foreign commerce in furtherance of the aforementioned violations; communications between the account user and any actual communications or other information provided in furtherance of solicitation of prostitution or other sex crime; information establishing intent to commit any of the violations cited above; information documenting or establishing preparatory steps taken in furtherance of such violations;

(b)      Evidence indicating how and when the Good-Heaven.com website was accessed or used, to determine the chronological and geographic context of account access, use, and events relating to the crime under investigation and to the Good-Heaven.com website owner;

(c)      The identity of the person(s) who created or used Good-Heaven.com, including records that help reveal the whereabouts of such person(s);

(d)      The identity of any actual, purported, or intended victim of any such violations;

(e)      Any contraband or communications regarding the creation, possession, transfer, distribution, and/or location of contraband; and

4

(f)     Any information which constitutes evidence of violation of the aforementioned

statutes.

## CERTIFICATE OF AUTHENTICITY OF
## DOMESTIC BUSINESS RECORDS PURSUANT TO
## FEDERAL RULE OF EVIDENCE 902(11)

I, _____, attest, under penalties of perjury

under the laws of the United States of America pursuant to 28 U.S.C. § 1746, that the

information contained in this declaration is true and correct.  I am employed by

_____, and my official title is _____.

I am a custodian of records for_____.  I state that each of the

records attached hereto is the original record or a true duplicate of the original record in

the custody of _____, and that I am the custodian of the attached

records consisting of _____ (pages/CDs/kilobytes). I further state that:

    a.     all records attached to this certificate were made at or near the time of the

occurrence of the matter set forth, by, or from information transmitted by, a person with

knowledge of those matters;

    b.     such records were kept in the ordinary course of a regularly conducted

business activity of _____; and

    c.     such records were made by _____ as a regular

practice.

I further state that this certification is intended to satisfy Rule 902(11) of the

Federal Rules of Evidence.

_____    _____

Date                        Signature